UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-61369-CIV-WILLIAMS

TRUGON PROPERTIES, INC.,

    Plaintiff,

vs.

AMERICAN FIRST FEDERAL, INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation (DE 42) on Defendant's Motion for Attorneys' Fees (DE 34). In the Report, Magistrate Judge Valle recommended that Defendant's Motion be DENIED. Defendant filed no objections to the Report, and the time to do so has passed.

Having carefully reviewed the Report, the record, and the applicable law, it is

**ORDERED AND ADJUDGED** as follows:

1. The Report (DE 42) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion for Attorneys' Fees (DE 34) is **DENIED**.
3. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of September, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE